IN THE UNITED STATES DISTRICT COURT
AT NASHVILLE

RECEIVED
IN CLERK'S OFFICE
SEP 21 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

Marvin Green,
    Plaintiff,

v.

No. _____

State of Tennessee;
Core Civic;
Warden, Rusty Washburn;
Correction Care Solution (CCS);
    Defendants

---

42 U.S.C. §§ 1983 etc.

---

On September 7, 2017 here a Trousdale Turner Correctional Center I received an infirmary pass for sick call that I submitted approx. 30 days prior to receiving the sick-call pass. On this same morning I told the pod officer in Delta Bravo that I need to report to medical and showed her my pass. This officer respond that I can't go because the prison was on lock-down. As I was having this discussion with DB-Pod officer, the pill call nurse came to my cell door to give my celly him morning medication. I told the nurse I need to get to sick-call, and she said noone is going to sick-call because the nursing staff feel unsafe.
On September 12, 2017 at 2:45 a.m I told DB-Pod Officer that I need emergency sick-call. The officer called the nurse down to DB-Pod and I told nurse that I'm itching all over my body real bad, she stated this wasn't an emergency, and told me to do a sick-call. I told her I did but noone will answer it. The nurse told the officer to put me back in my cell. On September 13, 2017 the nurse came by my cell to give my celly his medication, and I told the nurse that I need medical attention. She told me to do sick-call

I told her I did, but staff stated I can't go. I told her I was waiting over 30 days and my problems are getting worse until I can't sleep. The Nurse took my name & TDOC# down and stated she would try to get me back to medical. On Sept. 14, 2017 I received an infirmary pass for 11:06 AM. I was escorted to the Infirmary by Sgt. Older. While I was waiting in the lobby there was other inmates present, which we begin a conversation about our illness. It came to find-out that most of the compound was complaining about the same disease that medical staff was turning the blind eye to. Medical staff gave some inmates itch cream. As time passed I was called for my sick-call request, this was at/on 9/14/17 at 2:40 p.m. I told the nurse my illness and she replied that she don't know what to do, and referred me to a diffrent nurse. Shortly, after I was referred to a different nurse I was brought in-front of (3) diffrent nurses and was ask what was the problem and they stated they don't know what the problem is, and then the nurse took 4 tubes of blood from me. This was done in a side room while the Doctor was present. I then asked the nurse to ask the Doctor can I get something to help relieve the disease, and the Doctor said "no". Now, I'm stuck with this mass disease and cant get no treatment.

Once I returned to my housing-unit I asked the pod-officer for a grievance to do an emergency grievance, but was told there was no grievance forms.

Relief: to receive treatment in timely manner to determine the illness/disease and to be appointed counsel to determine appropriate solutions or any other relief this Court deems necessary.

I state under penalty of perjury that this complaint it is true and correct.

9/14/17

x_____
Marvin Green #432484
TTCC
140 Macon Way
Hartsville TN 37074

Marvin Green #432484
TTCC
140 Macon Way
Hartsville TN 37074



United States District Court
800 U.S. Courthouse
Nashville TN 37203

RECEIVED
IN CLERK'S OFFICE
SEP 21 2017
U.S. DISTRICT COURT
MID. DIST. TENN.

